UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DONALD KELSO,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS LUNA, et al.,<br><br>  Defendants. | Case No. ED CV 08-01296-MMM (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Action, and for the reasons contained therein,

IT IS ADJUDGED that the action is dismissed.

DATED:  November 14, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 08-01296-MMM JUDGMENT.wpd